FILED
★ SEP 30 2009 ★
U.S. DISTRICT COURT E.D.N.Y
BROOKLYN OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )  |
| Plaintiff, | ) "ECF Case" CIVIL ACTION NO. WEXLER, J. |
| v. | ) |
| ASSOCIATED MARBLE INDUSTRY, INC. | ) COMPLAINT JURY TRIAL DEMAND |
| Defendant. | ) BOYLE, M.J |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful

employment practices on the basis of age and to provide appropriate relief to Maureen O'Toole,

who applied for a position at Associated Marble Industry, Inc. ("Associated"). As set forth with

greater particularity below, Maureen O'Toole was denied that position because of her age.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age

Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"),

which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938

(the "FLSA"), as amended, 29 U.S.C. § 216(c) and 217.

2.    The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Eastern District of New York.

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"),

is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.    At all relevant times, Defendant Associated Marble Industry, Inc. ("Employer"), a New York Corporation, has continuously been doing business in the State of New York and the City of Inwood, and has continuously had at least 20 employees.

5.    At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6.    Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7.    Defendant engaged in unlawful employment practices at its Inwood location in violation of the ADEA, 29 U.S.C. §623(a)(1), in the following manner:

a.    On or about September 11, 2008 Maureen O'Toole applied for a position as Receptionist/Administrative Assistant. At the time of her application O'Toole was 47 years old.

b.    O'Toole was interviewed by Lois Camarano, Office Manager of Associated.  As a result of that interview, Camarano informed O'Toole she would

2

schedule a second interview with one of the principals of the company.

      c.    Several days later, O'Toole sent an email inquiring about the second interview. Camarano responded by email on September 17, 2008 that in light of the economic downturn, "[T]he owners have approached me and asked that I find a young person to introduce to this business and keep the position at entry level."

      d.  On or about September 29, 2008, Associated hired a different applicant who was 12 years younger than O'Toole.

    8.    The effect of the practices complained of in paragraph 7 above has been to deprive Maureen O'Toole of equal employment opportunities and otherwise adversely affect her status as an applicant for employment because of her age.

    9.    The unlawful employment practices complained of in paragraph 7 above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. ¶ 626(b).

## PRAYER FOR RELIEF

Therefore, the Commission respectfully requests that this Court:

    A.    Grant a permanent injunction enjoining Associated, its officers, successors, assigns and all persons in active concert or participation with it, from discriminating against employees and applicants age 40 and over on the basis of age and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

    B.    Order Associated to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

    C.    Grant a judgment requiring Associated to pay appropriate back wages in an

amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Maureen O'Toole whose wages are being unlawfully withheld as a result of the acts complained of above in paragraph 7.

      D.     Order Associated to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including the rightful place hiring of Maureen O'Toole.

      E.     Grant such further relief as the Court deems necessary and proper in the public interest.

      F.     Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street, N.E.
Washington, D.C.  2050

Elizabeth Grossman
Regional Attorney
elizabeth.grossman@eeoc.gov

Nora E. Curtin
Supervisory Trial Attorney
nora.curtin@eeoc.gov

4

Louis Graziano
Trial Attorney
Louis.Graziano@eeoc.gov
Equal Employment Opportunity Commission
New York District Office
33 Whitehall St. 5th Fl.
New York NY 10004
212-336-3698
212-336-3623 (Fax)
louis.graziano@eeoc.gov